PEOPLE V KIM MOSS, No. 149728; Court of Appeals No. 320350. Leave to appeal denied at 497 Mich 987.

*In re* REINSTATEMENT OF MURASKI, No. 149896. Leave to appeal denied at 497 Mich 1010.

MUELLER V BOUIS, No. 149990; Court of Appeals No. 321758. Leave to appeal denied at 497 Mich 997.

BOUIS V MUELLER, No. 150014; Court of Appeals No. 321157. Leave to appeal denied at 497 Mich 997.

PEOPLE V TAYLOR, No. 150491; Court of Appeals No. 318633. Leave to appeal denied at 497 Mich 1003.

MORRIS V ESTATE OF RUBY MORRIS, No. 150525; Court of Appeals No. 315892. Leave to appeal denied at 497 Mich 1013.

PEOPLE V KEITH WATKINS, No. 150731; Court of Appeals No. 318060. Leave to appeal denied at 497 Mich 973.

PEOPLE V TURNPAUGH, No. 150848; Court of Appeals No. 324529. Leave to appeal denied at 497 Mich 1015.

DUBUC V COPELAND PAVING, INC, No. 151041; Court of Appeals No. 325228. Leave to appeal denied at 497 Mich 984.

*Superintending Control Denied July 28, 2015:*

BURKE V ATTORNEY GRIEVANCE COMMISSION, No. 151157.

BURKE V ATTORNEY GRIEVANCE COMMISSION, No. 151180.

*Leave to Appeal Denied July 31, 2015:*

*In re* PAYNE/PUMPHREY/FORTSON, No. 151900; reported below: 311 Mich App 49.

FEDERAL HOME LOAN MORTGAGE CORPORATION V ESTATE OF SEDLAK, No. 151913; Court of Appeals No. 325620.

*Summary Disposition August 19, 2015:*

REIS V KOSS, No. 152113; Court of Appeals No. 326850. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we vacate the stay of proceedings entered by the Court of Appeals.

*Leave to Appeal Denied August 21, 2015:*